**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **ANDRES CERVANTES,** | Case No.: **09-cv-01636-OWW-DLB** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **P & B CAPITAL LLC.,** | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: **May 6, 2010**          **/s/ Oliver W. Wanger**
                    UNITED STATES DISTRICT JUDGE